IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN W. MORRISON, | : | Civil Action No. 4:14-cv-0209 |
| Plaintiff, | : | |
| | : | (Judge Brann) |
| v. | : | |
| ACCUWEATHER, INC; BARRY MYERS; and VINCENT MCDONALD | : | |
| Defendants. | : | |

**ORDER**
December 23, 2015

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT:

1. Defendant AccuWeather, Inc.'s Motion for Leave to Amend Answer (ECF No. 43) is GRANTED.

2. Defendants Vincent McDonald's and Barry Myer's Motion for Leave to Amend Answer (ECF No. 44) is GRANTED.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge