IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN W. MORRISON, | : | Civil Action No. 4:14-cv-0209 |
| | : | |
| Plaintiff, | : | |
| | : | (Judge Brann) |
| v. | : | |
| | : | |
| ACCUWEATHER, INC; | : | |
| BARRY MYERS; | : | |
| and | : | |
| VINCENT MCDONALD | : | |
| | : | |
| Defendants. | : | |

**ORDER**

May 26, 2016

AND NOW, in accordance with the Memorandum of this same date, IT IS HEREBY ORDERED THAT Plaintiff John Morrison's Motion to Dismiss (ECF No. 63) is GRANTED and Defendant AccuWeather, Inc. is granted leave to amend.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge

1