IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN W. MORRISON,<br>Plaintiff | : |
| | : CIVIL ACTION NO. 4:14-CV-00209 |
| v. | : |
| | : HONORABLE MATTHEW W. BRANN |
| ACCUWEATHER, INC.;<br>BARRY MYERS; and VINCENT<br>McDONALD,<br>Defendants | : |

**STIPULATION OF DISMISSAL**

**AND NOW** come all parties in the above-captioned action, by and through their attorneys, and file this Stipulation of Dismissal pursuant to Fed.R.Civ.P. 41(a) and (c), and hereby stipulate and agree that the above-captioned action, including all claims and counterclaims, is dismissed with prejudice, each side to bear its own costs, attorneys' fees and expenses.

Dated: 12/16/16

Respectfully submitted,

Of Counsel

Jacobs Kivitz & Drake LLC
1525 Locust Street – 12th Floor
Philadelphia, PA 19102
(215) 732-7027

Robert C. Drake

Attorney for Plaintiff

Beckley & Madden
212 North Third Street
Suite 301
Harrisburg, PA 17101
(717) 233-7691

John G. Milakovic

Attorney for Defendants